PETER B. BUNTING #124104
Attorney at Law
2304 W Shaw Ave Ste 103
Fresno CA 93711
Telephone: 559.226.4030
Facsimile: 559.226.4148
Email: info@peterbbuntinglaw.com

Attorney for Debtors GONZALEZ/JUAREZ

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO

IN RE

RICARDO GONZALEZ AND VERONICA CLAUDIA JUAREZ,

Debtors.

Chapter 13
Case No. 20-10550B-13F
DC No. PBB-1

HEARING
Date:  April 29, 2020
Time: 9:30 a.m.
Dept:  B
Ctrm:  13 (5th Floor)
United States Bankruptcy Court
2500 Tulare Street
Fresno, California 93721-1318

**HONORABLE RENÉ LASTRETO, II**

**NOTICE OF HEARING ON MOTION FOR CONFIRMATION OF CHAPTER 13 PLAN**

**PLEASE TAKE NOTICE** that the debtors in the above captioned Chapter 13 case, by and through their attorney, Peter B. Bunting, have filed a motion to confirm their Chapter 13 Plan filed March 3, 2020. A hearing on debtors' motion will be held on April 15, 2020 at 9:30 a.m., in Department B, Courtroom 13 (5th Floor) of the United States Federal Building, 2500 Tulare Street, Fresno, California 93721-1318.

NOTICE IS ALSO GIVEN pursuant to Fed. R. Bankr. P. 2002(b) and LBR 9014(f)(1) of the United States Bankruptcy Court, Eastern District of California, this motion is being heard on thirty-five (35) day's notice. Opposition, if any, to the granting of the Motion shall be in writing and shall be served on counsel for the moving party and the Chapter 13 Trustee at the following addresses:

| | |
|---|---|
| Peter B. Bunting | Michael H. Meyer |
| Attorney at Law | Chapter 13 Trustee |
| 2304 W Shaw Ave Ste 103 | PO Box 28950 |
| Fresno CA 93711 | Fresno CA 93729-8950 |

and filed with the clerk of the court not less than fourteen (14) calendar days preceding the hearing date set forth above. Unless written opposition and supporting evidence are filed with the clerk and served on the moving party, the court may resolve the matter without oral argument.

Anyone interest in attending the hearing can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling, can view [any] pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing. Parties appearing telephonically must view the pre-hearing disposition prior to the hearing.

Dated: MAR 1 3 2020

_____
PETER B. BUNTING
Debtor(s) Attorney