2

PETER B. BUNTING #124104
Attorney at Law
2304 W Shaw Ave Ste 103
Fresno CA 93711
Telephone: 559.226.4030
Facsimile: 559.226.4148
Email: info@peterbbuntinglaw.com

Attorney for Debtor GONZALEZ/JUAREZ

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| IN RE<br><br>RICARDO GONZALEZ AND VERONICA CLAUDIA JUAREZ,<br><br><br><br><br><br><br>　　　　　　Debtor. | Chapter 13<br>Case No. 20-10550B-13F<br>DC No. PBB-1<br><br>HEARING<br>Date:  April 29, 2020<br>Time: 9:30 a.m.<br>Dept: B<br>Ctrm:  13 (5th Floor)<br>United States Bankruptcy Court<br>2500 Tulare Street<br>Fresno, California 93721-1318<br><br>HONORABLE RENÉ LASTRETO, II |

**DECLARATION OF PETER B. BUNTING IN SUPPORT OF MOTION FOR CONFIRMATION OF CHAPTER 13 PLAN**

　　　I, Peter B. Bunting, declare:

　　　1.　I am an adult person over the age of eighteen (18) years, competent to testify about the matters set forth herein. I make this declaration of my personal knowledge and if called upon testify, I could competently testify to the facts stated herein.

2. I am an attorney licensed to practice before the Courts of the State of California and admitted to practice before the above-captioned Court. I am the attorney for the Debtors in the above-entitled petition filed on February 18, 2020 pursuant to Chapter 13 of Title Eleven of the United States Code.

3. I drafted the Chapter 13 Plan to which this declaration refers. It was prepared by my assistant under my supervision. I am familiar with the contacts thereof.

4. In reviewing the Schedules in support of the petition filed in this case, my assistant and I have identified all claims and have listed them according to class.

5. The Chapter 13 Plan provides for the same treatment of each claim according to class.

6. I am informed and believe that the proposed Plan complies with Title Eleven of the United States Code.

7. On behalf of the Debtors, I have paid the filing fee required for this Chapter 13 case. There are no additional fees to be paid under Chapter 123 of Title 28 of the United States Code.

8. Based on the Debtors' disclosed assets and debts, which I believe to be true, I calculate that there would be $0.00 money available for disbursement to unsecured creditors if this case was converted to a case under Chapter 7. The proposed Chapter 13 Plan provides for zero percent to unsecured creditors and on that basis, I represent that said proposed plan satisfied the liquidation analysis of 11 U.S.C. § 1325(a)(4).

9. The Chapter 13 Plan provides for payment of all known secured creditors.

10. The amount of disposable income available under Line 23c of supplemental Schedule J, as filed reflects that my client has enough money to pay their plan payment.

I declare under penalty of perjury that the foregoing is true and correct under the law of the United States of America.

Dated: MAR 1 3 2020

*Peter B Bunting*
PETER B. BUNTING
Debtor(s) Attorney