Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Sarah R. Velasco, #255873
Staff Attorney
P.O. Box 28950
Fresno, CA 93729-8950
Tel (559) 275-9512
Fax (559) 275-9518
E-mail: cvinson@meyer13.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: | CASE NO. 20-10550-B-13F |
| Ricardo Gonzalez | DC NO.: MHM-1 |
| Veronica Claudia Juarez | CHAPTER 13 PROCEEDING |
| Debtors | MOTION TO DISMISS PURSUANT TO 11 U.S.C. §1307 |
| | DATE: July 15, 2020<br>TIME: 9:30 a.m.<br>PLACE: U.S. Courthouse<br>5th Floor, Dept. B, Courtroom 13<br>2500 Tulare Street<br>Fresno, Ca 93721 |
| | JUDGE: Hon. Rene Lastreto II |

**TO THE DEBTORS AND DEBTORS' ATTORNEY:**

**YOU AND EACH OF YOU** are hereby notified that Michael H. Meyer, Chapter 13 Standing Trustee, will move to **DISMISS FOR CAUSE** the above-referenced case pursuant to §1307 of the Bankruptcy Code at the time and place set forth above for the following reason(s):

1. Unreasonable delay by the debtor that is prejudicial to creditors. [11 U.S.C. §1307(c)(1)]

2. Failure to make all payments due under the plan. [11 USC §1307(c)(1) and (c)(4)].

**WHEREFORE**, the Trustee requests the court dismiss this case.

DATED: 6-8-20

                       /s/ Michael H. Meyer
                       Michael H. Meyer, Chapter 13 Trustee

-1-